JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CORE, | Case No. CV 20-6136 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ELIES VILLAGE 2 LLC, | |
| Defendant. | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge